```
 1  David J. Miclean (SBN 115098)
    dmiclean@micleangleason.com
 2  Carmen M. Aviles (SBN 251993)
    caviles@micleangleason.com
 3  MICLEAN GLEASON LLP
 4  411 Borel Avenue, Suite 310
    San Mateo, CA  94402
 5  Office:  (650) 684-1181
    Fax:  (650) 684-1182
 6
 7  Craig S. Jepson (SBN 132150)
    REED & SCARDINO LLP
 8  301 Congress Avenue, Suite 1250
    Austin, TX  78701
 9  Telephone:  (512) 474-2449
    Facsimile:  (512) 474-2622
10  cjepson@reedscardino.com
11
12  Attorneys for Plaintiff
    MOBILE TELECOMMUNICATIONS
13  TECHNOLOGIES, LLC
```



FILED

JAN 14 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MOBILE TELECOMMUNICATIONS TECHNOLOGIES,

   Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,

   Defendants.

Case No. CV 16 80012 MISC. NC

**DECLARATION OF CRAIG S. JEPSON IN SUPPORT OF PLAINTIFF MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC'S ADMINISTRATIVE MOTION TO SEAL IN RE MOTION TO COMPEL THIRD-PARTY GOOGLE, INC. TO PRODUCE DOCUMENTS AND TO MAKE AVAILABLE AN ADDITIONAL WITNESS AND REQUEST FOR SANCTIONS PURSUANT TO FRCP 37**

1   I, Craig S. Jepson, am admitted to the Bar of the Supreme Court of the United States of
2   America, the Fifth Circuit, the Ninth Circuit, the Federal Circuit Court of Appeals, and to the
3   Bars of the United States District Courts for the Eastern, Northern, Southern, and Western
4   Districts of Texas and to the Northern District of Texas. I am a member in good standing of the
5   State Bar of Texas and the State Bar of California. I am, and have been since 1989, registered
6   to practice before the United States Patent and Trademark Office. (Reg. No. 33,517). I make
7   this declaration either from my own personal knowledge, or from the files of Reed & Scardino
8   LLP kept in the ordinary course of business with which I am familiar, as should be apparent
9   from the context of my statements. I have read and complied with Civil Local Rule 79-5.

10   1.   MTel seeks to seal the highlighted portions of the unredacted version of Plaintiff Mobile Telecommunications Technologies, LLC's Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available An Additional Witness And Request for Sanctions Pursuant to FRCP 37. These portions are taken from the exhibits identified below and should be sealed for the same reasons described below.

15   2.   MTel seeks to seal the entirety of excerpts from the November 11, 2015, deposition of Google corporate representative Franceso Nerieri, filed provisionally under seal as **Exhibit 4** to the Declaration of Craig S. Jepson. Counsel for Google marked the entire transcript "Confidential – Outside Counsel Only." Only those pages to which MTel directly cites in the corresponding motion are provided as part of Exhibit 1.

20   3.   MTel seeks to seal the entirety of the document "GCM Protocol," filed provisionally under seal as **Exhibit 5** to the Declaration of Craig S. Jepson. This document was produced by Google subject to a protective order (Dkt. No. 57), entered in the Eastern District of Texas in the matter of *Mobile Telecommunications Technologies, LLC v. Samsung Electronics Co., Ltd., et al.*, 2:15-cv-00183-JRG-RSP. Google produced the document marked as "Highly Confidential – Outside Counsel Only."

26   4.   MTel seeks to seal the highlighted portions of the unredacted version of Mobile Telecommunications Technologies, LLC's November 20, 2015, Notice of 30(B)(6) Deposition

of Google, Inc., filed provisionally under seal as **Exhibit 7** to the Declaration of Craig S. Jepson. The specified portions originate from Exhibit 2 and should be sealed for the same reasons.

5. MTel seeks to seal the entirety of the December 9, 2015 correspondence to Ms. Andrea Roberts, filed provisionally under seal as **Exhibit 8** to the Declaration of Craig S. Jepson. This three-page correspondence is replete with information taken from exhibits 1 and 2, including a block quotation from the deposition of Mr. Nerieri.

6. MTel seeks to seal the highlighted portions of the unredacted version of Third Party Google, Inc.'s Response to Mobile Telecommunications Technologies, LLC's November 25, 2015 Subpoena for Deposition and Documents., filed provisionally under seal as **Exhibit 9** to the Declaration of Craig S. Jepson. The specified portions include definitions taken from Exhibit 2; which is marked "Highly Confidential – Outside Counsel Only." These definitions define message types that are part of the proprietary Google protocol for GCM.

I declare under penalty of perjury, under the laws of the United States and the State of Texas, that the foregoing is true and correct. Executed this 11th day of January, 2016, in Austin, Texas.

/s/ Craig S. Jepson
Craig S. Jepson
Attorney, Reed & Scardino, LLP