David J. Miclean (SBN 115098)
dmiclean@micleangleason.com
Carmen M. Aviles (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA  94402
Office:  (650) 684-1181
Fax:  (650) 684-1182

Craig S. Jepson (SBN 132150)
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
Telephone:  (512) 474-2449
Facsimile:  (512) 474-2622
cjepson@reedscardino.com

Attorney for Plaintiff
MOBILE TELECOMMUNICATIONS
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES LLC,<br><br>          Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,<br><br>          Defendants. | Case No.:<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL IN RE PLAINTIFF MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC'S MOTION TO COMPEL THIRD-PARTY GOOGLE, INC. TO PRODUCE DOCUMENTS AND TO MAKE AVAILABLE AN ADDITIONAL WITNESS AND REQUEST FOR SANCTIONS PURSUANT TO FRCP 37** |

Pursuant to Civil Local Rules 79-5(d)-(e), Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") submits this administrative motion to file under seal certain documents associated with MTel's Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available an Additional Witness, filed today.

This motion is supported by the January 8, 2016 Declaration of Craig S. Jepson ("Jepson Declaration"), submitted concurrently herewith as required by Local Rule 79-5(d)(1)(A).

1.   MTel seeks to seal the highlighted portions of the unredacted version of Plaintiff Mobile Telecommunications Technologies, LLC's Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available An Additional Witness And Request for Sanctions Pursuant to FRCP 37.

2.   MTel seeks to seal the entirety of excerpts from the November 11, 2015, deposition of Google corporate representative Franceso Nerieri, filed provisionally under seal as **Exhibit 4** to the Declaration of Craig S. Jepson.

3.   MTel seeks to seal the entirety of the document "GCM Protocol," filed provisionally under seal as **Exhibit 5** to the Declaration of Craig S. Jepson.

4.   MTel seeks to seal the highlighted portions of the unredacted version of Mobile Telecommunications Technologies, LLC's Notice of 30(B)(6) Deposition of Google, Inc., filed provisionally under seal as **Exhibit 7** to the Declaration of Craig S. Jepson.

5.   MTel seeks to seal the entirety of the December 9, 2015 correspondence to Ms. Andrea Roberts, filed provisionally under seal as **Exhibit 8** to the Declaration of Craig S. Jepson.

6.   MTel seeks to seal the highlighted portions of the unredacted version of Third Party Google, Inc.'s Response to Mobile Telecommunications Technologies, LLC's November 25, 2015 Subpoena for Deposition and Documents., filed provisionally under seal as **Exhibit 9** to the Declaration of Craig S. Jepson.

1  DATED:  January 11, 2016

Respectfully submitted,
REED & SCARDINO LLP

By: */s/ Craig S. Jepson*
Craig S. Jepson (SBN 132150)\
301 Congress Avenue, Suite 1250
Austin, TX  78701
Telephone:  (512) 474-2449
Facsimile:  (512) 474-2622
cjepson@reedscardino.com

Attorney for Plaintiff
Mobile Telecommunications
Technologies, LLC