1  David J. Miclean (SBN 115098)
   dmiclean@micleangleason.com
2  Carmen M. Aviles (SBN 251993)
   caviles@micleangleason.com
3  MICLEAN GLEASON LLP
4  411 Borel Avenue, Suite 310
   San Mateo, CA  94402
5  Office:  (650) 684-1181
   Fax:  (650) 684-1182
6

7  Craig S. Jepson (SBN 132150)
   REED & SCARDINO LLP
8  301 Congress Avenue, Suite 1250
   Austin, TX  78701
9  Telephone:  (512) 474-2449
   Facsimile:  (512) 474-2622
10 cjepson@reedscardino.com

11

12 Attorneys for Plaintiff
   MOBILE TELECOMMUNICATIONS
13 TECHNOLOGIES, LLC

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

16                               SAN FRANCISCO DIVISION

17

| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, | Case No.: |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF CRAIG S. JEPSON IN SUPPORT OF PLAINTIFF MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC'S ADMINISTRATIVE MOTION TO SEAL IN RE MOTION TO COMPEL THIRD-PARTY GOOGLE, INC. TO PRODUCE DOCUMENTS AND TO MAKE AVAILABLE AN ADDITIONAL WITNESS AND REQUEST FOR SANCTIONS PURSUANT TO FRCP 37** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., | |
| Defendants. | |

1  I, Craig S. Jepson, am admitted to the Bar of the Supreme Court of the United States of America, the Fifth Circuit, the Ninth Circuit, the Federal Circuit Court of Appeals, and to the Bars of the United States District Courts for the Eastern, Northern, Southern, and Western Districts of Texas and to the Northern District of Texas.  I am a member in good standing of the State Bar of Texas and the State Bar of California.  I am, and have been since 1989, registered to practice before the United States Patent and Trademark Office.  (Reg. No. 33,517).  I make this declaration either from my own personal knowledge, or from the files of Reed & Scardino LLP kept in the ordinary course of business with which I am familiar, as should be apparent from the context of my statements.  I have read and complied with Civil Local Rule 79-5.

1. MTel seeks to seal the highlighted portions of the unredacted version of Plaintiff Mobile Telecommunications Technologies, LLC's Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available An Additional Witness And Request for Sanctions Pursuant to FRCP 37.  These portions are taken from the exhibits identified below and should be sealed for the same reasons described below.

2. MTel seeks to seal the entirety of excerpts from the November 11, 2015, deposition of Google corporate representative Franceso Nerieri, filed provisionally under seal as **Exhibit 4** to the Declaration of Craig S. Jepson.  Counsel for Google marked the entire transcript "Confidential – Outside Counsel Only."  Only those pages to which MTel directly cites in the corresponding motion are provided as part of Exhibit 1.

3. MTel seeks to seal the entirety of the document "GCM Protocol," filed provisionally under seal as **Exhibit 5** to the Declaration of Craig S. Jepson.  This document was produced by Google subject to a protective order (Dkt. No. 57), entered in the Eastern District of Texas in the matter of *Mobile Telecommunications Technologies, LLC v. Samsung Electronics Co., Ltd., et al.*, 2:15-cv-00183-JRG-RSP.  Google produced the document marked as "Highly Confidential – Outside Counsel Only."

4. MTel seeks to seal the highlighted portions of the unredacted version of Mobile Telecommunications Technologies, LLC's November 20, 2015, Notice of 30(B)(6) Deposition

of Google, Inc., filed provisionally under seal as **Exhibit 7** to the Declaration of Craig S. Jepson. The specified portions originate from Exhibit 2 and should be sealed for the same reasons.

5. MTel seeks to seal the entirety of the December 9, 2015 correspondence to Ms. Andrea Roberts, filed provisionally under seal as **Exhibit 8** to the Declaration of Craig S. Jepson. This three-page correspondence is replete with information taken from exhibits 1 and 2, including a block quotation from the deposition of Mr. Nerieri.

6. MTel seeks to seal the highlighted portions of the unredacted version of Third Party Google, Inc.'s Response to Mobile Telecommunications Technologies, LLC's November 25, 2015 Subpoena for Deposition and Documents., filed provisionally under seal as **Exhibit 9** to the Declaration of Craig S. Jepson. The specified portions include definitions taken from Exhibit 2; which is marked "Highly Confidential – Outside Counsel Only." These definitions define message types that are part of the proprietary Google protocol for GCM.

I declare under penalty of perjury, under the laws of the United States and the State of Texas, that the foregoing is true and correct. Executed this 11th day of January, 2016, in Austin, Texas.

>  /s/ Craig S. Jepson
>  Craig S. Jepson
>  Attorney, Reed & Scardino, LLP