1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
       David A. Perlson (Bar No. 209502)
2      davidperlson@quinnemanuel.com
     50 California Street, 22nd Floor
3    San Francisco, California  94111
     Telephone:    (415) 875-6600
4    Facsimile:    (415) 875-6700

5

       Andrea Pallios Roberts (Bar No. 228128)
6      andreaproberts@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
7    Redwood Shores, California 94065
     Telephone:    (650) 801-5000
8    Facsimile:    (650) 801-5100

9    Attorneys for Third-Party Google Inc.

10

11

12                       UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  MOBILE TELECOMMUNICATIONS TECHNOLOGIES, | CASE NO. CV 16 80012 MISC |
| 16 | **Stipulated Request for Order Changing Time** |
| 17         Plaintiff, | |
| 18         vs. | Judge:    Hon. Nathanael Cousins |
| 19  SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG | |
| 20  TELECOMMUNICATIONS AMERICA, LLC., | |
| 21 | |
| 22         Defendants. | |

23

24

25

26

27

28

Case No. CV 16 80012 MISC

Stipulated Request for Order Changing Time

1    On January 14, 2016, plaintiff Mobile Telecommunications Technologies ("MTel") filed

2  an Administrative Motion to File Under Seal in Re Motion to Compel Third-Party Google, Inc. to

3  Produce Documents and to Make Available an Additional Witness and Request for Sanctions

4  Pursuant to FRCP 37.  (Dkt. No. 6).  The Administrative Motion requests that Google confidential

5  information be sealed.  On January 15, 2016, MTel served Google with the Administrative

6  Motion.  (Dkt. No. 7).  Pursuant to Local Rule 79-5(e)(1), Google's declaration supporting sealing

7  this information is due on January 19, 2016.

8    The parties file this stipulated request for an order to extend the time for Google to submit

9  a declaration in support of MTel's Administrative Motion until and through January 21, 2016.

10  This extension is necessary because Google was not served with the Administrative Motion until

11  January 15, and the individuals necessary to assist in preparation of the declaration will not be

12  available over the holiday weekend.  There have not been any previous time modifications in this

13  case, and the stipulated extension would not have any impact on the remaining schedule.

14

15

16  DATED: January 15, 2016              QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
17

18

19                                      By /s/ *Andrea Pallios Roberts*
                                        Andrea Pallios Roberts
20                                      Attorneys for Third-Party Google Inc.

21  DATED: January 15, 2016              MICLEAN GLEASON LLP

22

23                                      By /s/ *Carmen M. Aviles*
24                                      David J. Miclean
                                        Carmen M. Aviles
25                                      Attorneys for Plaintiff Mobile
                                        Telecommunications Technologies, LLC
26

27

28