1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    David A. Perlson (Bar No. 209502)
2   davidperlson@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:   (415) 875-6600
4  Facsimile:   (415) 875-6700

5
    Andrea Pallios Roberts (Bar No. 228128)
6   andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California 94065
   Telephone:   (650) 801-5000
8  Facsimile:   (650) 801-5100

9  Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,<br><br>          Defendants. | CASE NO. CV 16 80012 MISC<br><br>**[Proposed] Order Granting Stipulated Request for Order Changing Time**<br><br>Judge:   Hon. Nathanael Cousins |

1  On January 14, 2016, plaintiff Mobile Telecommunications Technologies ("MTel") filed an Administrative Motion to File Under Seal in Re Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available an Additional Witness and Request for Sanctions Pursuant to FRCP 37.  (Dkt. No. 6).  The Administrative Motion requests that Google confidential information be sealed.  On January 15, 2016, MTel served Google with the Administrative Motion.  (Dkt. No. 7).  Pursuant to Local Rule 79-5(e)(1), Google's declaration supporting sealing this information is due on January 19, 2016.

The parties file this stipulated request for an order to extend the time for Google to submit a declaration in support of MTel's Administrative Motion until and through January 21, 2016. This extension is necessary because Google was not served with the Administrative Motion until January 15, and the individuals necessary to assist in preparation of the declaration will not be available over the holiday weekend.  There have not been any previous time modifications in this case, and the stipulated extension would not have any impact on the remaining schedule.

DATED: January 15, 2016            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Andrea Pallios Roberts*
    Andrea Pallios Roberts
    Attorneys for Third-Party Google Inc.

DATED: January 15, 2016            MICLEAN GLEASON LLP


By */s/ Carmen M. Aviles*
    David J. Miclean
    Carmen M. Aviles
    Attorneys for Plaintiff Mobile
    Telecommunications Technologies, LLC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Date: _____

                                          _____
4                                           Magistrate Judge Nathanael Cousins

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28