QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,<br><br>Defendants. | CASE NO. CV 16 80012 MISC<br><br>**Google Inc.'s Corporate Disclosure Statement and Certification of Interested Entities or Persons**<br><br>Judge:   Hon. Nathanael Cousins |

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses the
2 following: Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc.
3 has more than 10% ownership of Google Inc.
4    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
5 associations of persons, firms, partnerships, corporations (including parent corporations) or other
6 entities (i) have a financial interest in the subject matter in controversy or in a party to the
7 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
8 substantially affected by the outcome of this proceeding:
9    1. Alphabet Inc., Holding Company of Defendant
10   2. Google Inc., Defendant

13 DATED: January 15, 2016           QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

16                                  By */s/ Andrea Pallios Roberts*
                                       Andrea Pallios Roberts
17                                     Attorneys for Third-Party Google Inc.