QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700


  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,<br><br>              Defendants. | CASE NO. 5:16-mc-80012 NC<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (DKT NO. 6)**<br><br>Judge:   Hon. Nathanael Cousins |

I, Andrea Pallios Roberts, declare as follows:

1. I am Of Counsel at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for non-party Google Inc. ("Google") in this action. I submit this declaration in support of Plaintiff Mobile Telecommunications Technologies, LLC's ("MTel's") Administrative Motion to File Under Seal in Re Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available an Additional Witness and Request for Sanctions Pursuant to FRCP 37(Dkt. No. 6). I have personal knowledge of the following facts, and would competently testify to them if called upon to do so.

2. On January 14, 2016, MTel filed an Administrative Motion to File Under Seal in Re Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available an Additional Witness and Request for Sanctions Pursuant to FRCP 37(Dkt. No. 6), which sought to protect information designated as confidential by non-party Google and discussed in MTel's Motion to Compel. Pursuant to Civil L.R. 79-5(e), non-party Google submits this Declaration in support of MTel's Administrative Motion, to the extent MTel's Motion and supporting documents reference non-party Google's highly confidential or proprietary business information. These documents contain information that Google considers to be competitively sensitive. Google does not disclose such information to the public. In particular, the materials MTel seeks to seal discuss the backend operation of Google's Cloud Messaging service ("GCM"), including its source code, which is information that Google considers to be commercially sensitive and is not public, and was produced to MTel under the operative Protective Order in the underlying case.

3. Exhibit 4 to the Declaration of Craig Jepson (Dkt. 6-3) is an excerpt of the transcript of the November 11, 2015 deposition of Google engineer Francesco Nerieri. The testimony describes the operation and protocols used by GCM, including information regarding where messages are stored, types of messages, and the use of such messages by GCM. Such information is highly confidential and was produced under the Protective Order governing confidentiality in the underlying action.

4. Exhibit 5 to the Jepson Declaration (Dkt. 6-4) is an internal Google design document for GCM for Android. It discusses in detail the operation of various different messages

1  in the GCM system.  Moreover, the document details the design of how messages are processed
2  through Google's GCM system, metrics on Google's GCM system as well as discussion regarding
3  proposed changes to Google's GCM system.  This information is highly confidential and was
4  produced under the Protective Order governing confidentiality in the underlying action.

5      5.    Exhibit 7 to the Jepson Declaration (Dkt. 6-5) is MTel's second subpoena to
6  Google for documents and deposition.  Selected portions of the exhibit contain commercially
7  sensitive information regarding the operation of GCM and should be redacted.  The information
8  disclosed in the selected portions is highly confidential and was produced under the Protective
9  Order governing confidentiality in the underlying action.

10      6.    Exhibit 8 to the Jepson Declaration (Dkt. 6-6) is a letter to me from MTel's
11  counsel, summarizing and quoting from Mr. Nerieri's deposition testimony.  Selected portions of
12  this exhibit contain commercially sensitive information regarding the operation of GCM and
13  should be redacted.  The information disclosed in the selected portions is highly confidential and
14  was produced under the Protective Order governing confidentiality in the underlying action.
15  MTel's Administrative Motion asks that this document be sealed in its entirety.  However,
16  attached as Exhibit A is a redacted version of Exhibit 8, which more narrowly tailors the
17  redactions to protecting Google's proprietary information.  It is Google's understanding that,
18  pursuant to Civil Local Rule 79-5(d)(1)(D), MTel already filed an unredacted version of this
19  document.  To the extent that the Court would also like Google to file an unredacted version of the
20  document, Google will do so.

21      7.    Exhibit 9 to the Jepson Declaration (Dkt. 6-7) is Google's response to MTel's
22  subpoena for a second deposition and documents.  Selected portions of this exhibit contain
23  commercially sensitive information regarding the operation of GCM and should be redacted.  The
24  information disclosed in the selected portions is highly confidential and was produced under the
25  Protective Order governing confidentiality in the underlying action.  MTel's Administrative
26  Motion asks that selected portions of this document be redacted.  However, attached as Exhibit B
27  is a redacted version of Exhibit 9 which more narrowly tailors the redactions to protecting
28  Google's proprietary information.  It is Google's understanding that, pursuant to Civil Local Rule

1  79-5(d)(1)(D), MTel already filed an unredacted version of this document.  To the extent that the
2  Court would also like Google to file an unredacted version of the document, Google will do so.
3       8.   Selected portions of MTel's Motion to Compel quote from or reference the exhibits
4  discussed above.  These selected portions contain commercially sensitive information regarding
5  the operation of GCM and should be redacted.  The information disclosed in the selected portions
6  is highly confidential and was produced under the Protective Order governing confidentiality in
7  the underlying action.
8       I declare under penalty of perjury, under the laws of the United States, that the foregoing is
9  true and correct.  Executed this 21st day of January, 2016, in Redwood Shores, California.

　　　　　　　　　　　　　　　　　　　　 /s/ Andrea Pallios Roberts
　　　　　　　　　　　　　　　　　　　　Andrea Pallios Roberts