David J. Miclean (SBN 115098)
dmiclean@micleangleason.com
Carmen M. Aviles (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA  94402
Office:  (650) 684-1181
Fax:  (650) 684-1182

Craig S. Jepson (SBN 132150)
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
Telephone:  (512) 474-2449
Facsimile:  (512) 474-2622
cjepson@reedscardino.com

Attorneys for Plaintiff
MOBILE TELECOMMUNICATIONS
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,<br><br>    Defendants. | Case No.:      5:16-mc-80012-NC<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON MOBILE TELECOMMUNICATIONS TECHNOLOGIES' MOTION TO COMPEL AND  ORDER AS MODIFIED**<br><br>**[L.R. CIV. 7-7]** |

1  WHEREAS, Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") filed a Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available an Additional Witness and Request for Sanctions Pursuant to FRCP 37 (hereinafter, "Motion") on January 14, 2016 (Dkt. No. 1).

WHEREAS, hearing on the Motion was set by the Court for February 10, 2016 (Dkt. 9).

WHEREAS, third-party Google, Inc. ("Google) filed an Opposition to the Motion on January 28, 2016 (Dkt. No. 28).

WHEREAS, MTel filed its Reply to Google's Opposition on February 4, 2016 (Dkt. No. 18).

WHEREAS, all briefing on MTel's Motion is complete.  The Parties have since conferred on resolving the dispute through a mutually agreeable understanding.  In view of the potential resolution of the dispute, the Parties request a continuance of the hearing.

WHEREAS, this is the Parties' first request to continue the hearing.

NOW THEREFORE, the Parties request the Court continue the hearing to March 16, 2016, or any other time thereafter that is convenient for the Court.

Dated: February 10, 2016

Respectfully submitted,
MICLEAN GLEASON LLP

By /s/ Carmen M. Aviles
David J. Miclean
Carmen M. Aviles
Attorneys for Plaintiff Mobile
Telecommunications Technologies, LLC

Dated: February 10, 2016

Respectfully submitted,
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrea Pallios Roberts*
   Andrea Pallios Roberts
  Attorneys for Third-Party Google Inc.

**MODIFIED ORDER**

The hearing on Plaintiff Mobile Telecommunications Technologies, LLC's Motion to Compel is continued to **March 30, 2016 at 1:00 p.m.** in Courtroom 7, 4th Floor, San Jose.

Dated:   February 10, 2016

_____
HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

