David J. Miclean (SBN 115098)
dmiclean@micleangleason.com
Carmen M. Aviles (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA  94402
Office:  (650) 684-1181
Fax:  (650) 684-1182

Craig S. Jepson (SBN 132150)
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
Telephone:  (512) 474-2449
Facsimile:  (512) 474-2622
cjepson@reedscardino.com


Attorneys for Plaintiff
MOBILE TELECOMMUNICATIONS
TECHNOLOGIES, LLC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700


  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, <br><br>          Plaintiff, <br><br> v. <br><br> SAMSUMG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., <br><br>          Defendants. | Case No.:     5:16-mc-80012-NC <br><br><br> **JOINT STATUS STATEMENT** |

Pursuant to this Court's February 10, 2016 Order (Dkt. No. 22), Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") and Third-Party Google, Inc. ("Google") respectfully submit this Joint Status Statement. The above-captioned matter involves only MTel's Motion to Compel and Request for Sanctions, arising from the underlying litigation *Mobile Telecomms. Techs., LLC v. Samsung Electronics Co., et al.*, No. 2:15-cv-00183, currently pending in the Eastern District of Texas, Marshall division.

The parties have reached agreement that fully resolves the dispute between the parties identified in MTel's Motion to Compel. Accordingly, the parties respectfully request that the Court vacate the March 30 hearing on MTel's Motion to Compel.

Dated: March 24, 2016                    Respectfully submitted,

                                         **REED & SCARDINO LLP**


                                         By    /s/ *Craig S. Jepson*
                                             Craig S. Jepson
                                             301 Congress Avenue, Suite 1250
                                             Austin, TX 78701
                                             Telephone: (512) 474-2449
                                             Facsimile: (512) 474-2622

                                             *Attorneys for Plaintiff*
                                             *Mobile Telecommunications*
                                             *Technologies, LLC*


                                         **QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP**


                                         By    /s/ *Andrea Pallios Roberts*
                                             Andrea Pallios Roberts
                                             Attorneys for Third-Party Google Inc.