1  David J. Miclean (SBN 115098)
   dmiclean@micleangleason.com
2  Carmen M. Aviles (SBN 251993)
   caviles@micleangleason.com
3  MICLEAN GLEASON LLP
4  411 Borel Avenue, Suite 310
   San Mateo, CA  94402
5  Office:  (650) 684-1181
   Fax:  (650) 684-1182
6

7  Craig S. Jepson (SBN 132150)
   REED & SCARDINO LLP
8  301 Congress Avenue, Suite 1250
   Austin, TX  78701
9  Telephone:  (512) 474-2449
   Facsimile:  (512) 474-2622
10 cjepson@reedscardino.com

11

12 Attorneys for Plaintiff
   MOBILE TELECOMMUNICATIONS
13 TECHNOLOGIES, LLC

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, | Case No.:   5:16-mc-80012-NC |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., | |
| Defendants. | |

1   PLEASE TAKE NOTICE plaintiff Mobile Telecommunications Technologies, LLC ("MTel") hereby withdraws without prejudice its Motion to Compel Third-Party Google, Inc. to Produce Documents and to Make Available an Additional Witness and Request for Sanctions Pursuant to FRCP 37 (Dkt. No. 1).   The parties have reached an agreement that has resolved the issues raised in the motion (Dkt. No. 25).

Accordingly, plaintiff respectfully requests this Court remove from calendar the hearing on plaintiff's motion, currently set for March 30, 2016.

Dated:  March 28, 2016                                       Respectfully submitted,


**REED & SCARDINO LLP**


By      /s/ *Craig S. Jepson*
        Craig S. Jepson
        301 Congress Avenue, Suite 1250
        Austin, TX 78701
        Telephone:  (512) 474-2449
        Facsimile:  (512) 474-2622

        *Attorneys for Plaintiff*
        *Mobile Telecommunications*
        *Technologies, LLC*